SILVERMAN THEOLOGOU, LLP
REA STELMACH, ESQ., SBN 296671
11835 W Olympic Blvd., Suite 855E
Los Angeles, California 90064
Telephone:    (213) 226-6922
Facsimile:    (213) 226-6964
rstelmach@silvermanlegal.com

Attorney for Secured Creditor
Partners Federal Credit Union

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Los Angeles Division

| | |
|---|---|
| In re:<br><br>**WASHICA LITTLE**<br><br>Debtor | Case No. 2:25-bk-14021-WB<br>Chapter 13<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>Hearing:<br>Date:  May 19, 2026<br>Time:  10:00 am<br>Place:  255 East Temple Street<br>          Los Angeles, CA 90012<br>Courtroom: 1375 |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY COURT JUDGE, DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

      **IT IS HEREBY STIPULATED;** by and among Movant, Partners Federal Credit Union, and Debtor/Respondant, Washica Little, by and through their respective counsel that pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(k), that the present action should be dismissed without prejudice and represents as follows;

      1.     On April 13, 2026, Movant filed a Motion for Relief from the Automatic Stay

1

Under 11 U.S.C. § 362 for Personal Property herein at document no. 34.

2.    On April 15, 2026 Debtor filed a response to the Motion.

3.    Since the filing of the Motion, Debtor has made several payments which has brought her account within thirty (30) days of being current. As such, Movant is no longer in need of an Order granting relief from the Automatic Stay.

Based on the foregoing, Movant and Debtor/Respondent stipulate and agree as follows:

1.    That Court should dismiss the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 without prejudice.

2.    Any upcoming hearings on the motion should be vacated and appearances waived.

DATED: 5/13/2026                                Respectfully submitted,


By: /s/ Rea Stelmach
      REA STELMACH, ESQ. (SBN 296671)
      Attorney for Partners
      Federal Credit Union

DATED: 5/13/2026


      MARC AARON GOLDBACH. (SBN 139318)
      Attorney for Washica Little

2

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF
MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**