SILVERMAN THEOLOGOU, LLP
REA STELMACH, ESQ., SBN 296671
11835 W Olympic Blvd., Suite 855E
Los Angeles, California 90064
Telephone:    (213) 226-6922
Facsimile:     (213) 226-6964
rstelmach@silvermanlegal.com

Attorney for Secured Creditor
Partners Federal Credit Union

**FILED & ENTERED**

**MAY 18 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles Division**

In re:

**WASHICA LITTLE**

                                        Debtor

Case No. 2:25-bk-14021-WB

Chapter 13

**ORDER DISMISSING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C § 362 WITHOUT PREJUDICE**

Hearing:
Date:   May 19, 2026
Time:   10:00 am
Place:   255 East Temple Street
            Los Angeles, CA 90012
Courtroom: 1375

The Court, having considered the parties' Stipulation of Dismissal of Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 without Prejudice *("Stipulation") (docket no. 45)*, hereby ORDERS that the *Stipulation is approved. The* ~~m~~*M*otion *for Relief from the Automatic Stay Under 11 U.S.C. § 362 ("Motion for Relief") (docket not. 34)* is dismissed without prejudice and that ~~any and all upcoming~~ *the* hearings on the *Motion for Relief and the*

DECLARATION OF REA STELMACH

*Order to Show Cause re Sanctions (docket no. 42) currently set for May 19, 2026 at 10:00 a.m.*

~~matter~~ are vacated and appearances are waived.

### 

Date: May 18, 2026

*Julia W Brand*

Julia W. Brand
United States Bankruptcy Judge

DECLARATION OF REA STELMACH