

FILED & ENTERED

MAY 18 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>Washica Little,<br><br><br><br><br><br>Debtor(s). | Case No.: 2:25-bk-14021-WB<br><br>CHAPTER 13<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE WHY COUNSEL SHOULD NOT BE SANCTIONED**<br><br>Date:       May 19, 2026<br>Time:       10:00 a.m.<br>Courtroom: 1375 |

On May 5, 2026, the court entered an Order to Show Cause re Why Counsel Should Not be Sanctioned ("OSC") (docket no. 42), requiring Rea Stelmach ("Counsel") to personally appear at a hearing to show cause why he and/or his law firm, Silverman Theologou, LLP, should not be sanctioned for violating Local Bankruptcy Rule 9013-1(k), which requires a stipulation to dismiss a motion where a response has been filed, and not complying with the Court's requirement to appear at the hearing on the Motion. The OSC also provided that if Counsel files a stipulation to dismiss the Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Personal Property) (docket no. 34) that is signed by Movant and Debtor, or their counsel, and

lodges an order approving the stipulation by May 14, 2026, the order to show cause may be discharged, the hearing on the order to show cause may be vacated, and the continued hearing on the Motion may be vacated.

On May 14, 2026, a Stipulation of Dismissal Without Prejudice of Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (docket no. 47) was filed, and Silverman Theologou, LLP filed a Response to Order to Show Cause (docket no. 48).

The Court, finding that Silverman Theologou, LLP has complied with the Court's request, IT IS HEREBY ORDERED that the order to show cause is discharged. The hearing on the OSC scheduled for May 19, 2026 at 10:00 a.m. is vacated.

###

Date: May 18, 2026

Julia W. Brand
United States Bankruptcy Judge

-2-